**FILED**

11/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0558

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0558

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

QUINCY DEAN PFISTER,

      Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 22, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 16 2023